IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:01-cv-00637-GLL-RCM |
| ) | |
| THOMAS H. ASHBAUGH ) | |
| ) | |
| COUNTY OF ALLEGHENY ) | |
| TREASURER'S OFFICE ) | |
| ) | |
| BOROUGH OF WILMERDING ) | |
| ) | |
| EAST ALLEGHENY SCHOOL DISTRICT ) | |
| ) | |
| and ) | |
| ) | |
| PENNSYLVANIA MUNICIPAL ) | |
| SERVICE CO. ) | |
| ) | |
| Defendants, ) | |
| v. ) | |
| GERALDINE ASHBAUGH ) | |
| ) | |
| Intervenor Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiff, the UNITED STATES, and defendants, Thomas H. Ashbaugh, County of Allegheny Treasurer's Office, Borough of Wilmerding, East Allegheny School District, Pennsylvania Municipal Service Co. and Geraldine Ashbaugh stipulate and agree that Count VIII of this action shall be dismissed with each party to bear their or its own costs and

1452444.1

attorney's fees. The parties further stipulate and agree that dismissal of Count VIII will release the following defendants from this action: County of Allegheny Treasurer's Office, Borough of Wilmerding, East Allegheny School District, Pennsylvania Municipal Service Co. and Geraldine Ashbaugh from this action.

Dated: May 3, 2006.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Paul Skirtich
Paul Skirtich
Assistant United States Attorney
U. S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
Telephone: (412) 894-7418

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 353-2260

*Counsel for Plaintiff*

/s/Michael H. Marks
Michael H. Marks
4231 Murray Avenue
Pittsburgh, PA 15217
(412) 421-8944
*Counsel for Thomas H. Ashbaugh*

Cheryl Cindrich
1653 McFarland Road
Mt. Lebanon, PA 15216
(412) 561-2600
*Counsel for County of Allegheny Treasurer's Office*

/s/ Albert Peterlin
Albert Peterlin
Pietragallo, Bosick & Gordon
Thirty Eight Floor
One Oxford Centre
Pittsburgh, PA  15219
(412)263-1827
*Counsel for Geraldine Ashbaugh*

/s/ Nick Evashavik
G.N. Evashavik
Evashavik & Evashavik
310 Grant Street
520 Grant Building
Pittsburgh, PA 15219
(412) 261-2813
*Counsel for Borough of Wilmerding*

/s/ Lawrence G. Palandin
Lawrence G. Paladin, Jr.
PA ID #44799
Paladin Law Offices, a professional corporation
Firm #913
10700 Frankstown Road
Suite 305
Pittsburgh, PA 15235
(412) 244-0826
*Counsel for East Allegheny School District*

/s/ Irving S. Firman
Irving S. Firman
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-5557
*Counsel for Pennsylvania Municipal Service*

SO ORDERED, this 3rd day of May, 2006.

The Honorable Gary L. Lancaster,
United States District Judge

3