IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>THOMAS H. ASHBAUGH,<br>    Defendant. | )<br>)<br>)<br>)   Civil Action No. 01-637<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, this 27th day of July, 2006, the court having been advised that defendant has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 03-20897-BM and no further action can be taken by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record