IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:01-cv-00637-GLL-RCM |
| ) | |
| THOMAS H. ASHBAUGH ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiff, the UNITED STATES, and defendant, Thomas H. Ashbaugh, stipulate and agree that this action shall be dismissed with each party to bear their or its own costs and attorney's fees.

Dated: February 29, 2008

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 353-2260

*Counsel for Plaintiff*

3094256.1

/s/Michael H. Marks
Michael H. Marks
4231 Murray Avenue
Pittsburgh, PA 15217
(412) 421-8944
*Counsel for Thomas H. Ashbaugh*

———

SO ORDERED. The action is dismissed.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATE: 4/15/14